## Commonwealth *v.* Hoffman, Appellant.

Submitted December 12, 1966. *Richard U. T. Hoffman,* appellant, in propria persona; *John B. Fowler, III,* Assistant District Attorney, and *Richard C. Snelbaker,* District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY, J., would reverse and remand for a hearing on the petition.

## Commonwealth *v.* Huggins, Appellant.

Submitted December 12, 1966. *Robert Huggins,* appellant, in propria persona; *Robert B. Mozenter* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.